IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MELL T. BRUTON )
)
v. ) NO. 3-12-0567
) JUDGE CAMPBELL
MICHELLE CASTEEL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 31), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Casteel's Motion to Dismiss (Docket No. 29) is GRANTED, and all claims against Defendant Casteel are DISMISSED for failure to state a plausible claim. All claims against Defendant Nolan are DISMISSED for failure to state a claim as well.

This action is DISMISSED, and the Clerk is directed to close the file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE